UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

PRO PERFORMANCE INC., et al

    Vs.                              Case Number:   3:06CV138 (CFD)

EDWARD VIERLING, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on February 27, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **March 29, 2006** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, March 2, 2006.

KEVIN F. ROWE, CLERK

By:/s/Devorah Johnson
    Devorah Johnson
    Deputy Clerk