# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRO PERFORMANCE, INC. and<br>MARK PINZUR | : <br> : <br> : | CIVIL ACTION NO.<br>3:06 CV 138(CFD) |
| Plaintiffs | : <br> : | |
| v. | : <br> : | |
| EDWARD VIERLING, AMIR AFSHAR, and<br>GLOBAL EVENT GROUP, LLC | : <br> : <br> : | |
| Defendants | : | MARCH 13, 2006 |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby provide notice that they are dismissing the above-captioned action. Plaintiffs represent that no answer has been filed by any of the Defendants.

> RESPECTFULLY SUBMITTED,
> PLAINTIFFS:
> Pro Performance, Inc., Mark Pinzur
>
>
> By  /s/  Thomas J. Rechen
>     Thomas J. Rechen (ct 03385)
>     Pepe & Hazard LLP
>     Their Attorneys
>     Goodwin Square, 225 Asylum Street
>     Hartford, CT 06103-4302
>     Tel:  (860) 522-5175
>     Fax:  (860) 522-2796
>     trechen@pepehazard.com